UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADMILSON PIRES, a/k/a "Mikey,"<br><br>Defendant | Criminal No.   20cr10314<br><br>Violations:<br><br>Count One: Conspiracy to Commit Sex Trafficking of a Minor<br>(18 U.S.C. § 1594(c))<br><br>Count Two: Sex Trafficking of a Minor<br>(18 U.S.C. §§ 1591(a)(1) & (b)(2)) |

## INDICTMENT

### COUNT ONE
Conspiracy to Commit Sex Trafficking of a Minor
(18 U.S.C. § 1594(c))

The Grand Jury charges:

From in or about July 2019 through in or about August 2019, in Norwood, in the District of Massachusetts, and elsewhere, the defendant,

ADMILSON PIRES, a/k/a "Mikey,"

and others known and unknown to the Grand Jury, did conspire to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means, Minor #1, in and affecting interstate commerce, knowing and in reckless disregard of the fact that Minor #1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1).

All in violation of Title 18, United States Code, Sections 1594(c).

1

## COUNT TWO
### Sex Trafficking of a Minor
### (18 U.S.C. §§ 1591(a)(1) & (b)(2))

The Grand Jury further charges:

From in or about July 2019 through in or about August 2019, in Norwood, in the District of Massachusetts, and elsewhere, the defendant,

ADMILSON PIRES, a/k/a "Mikey,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means Minor #1, whose identity is known to the Grand Jury and who was 16 years old at the time of such offense, knowing and in reckless disregard of the fact that Minor #1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

A TRUE BILL

*Carol Bourque*
FOREPERSON

_____
TIMOTHY E. MORAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 9, 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King 2:43 pm
DEPUTY CLERK