AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

ADMILSON PIRES, a/k/a "Mikey,"

*Defendant*

Case No. 20cr10314

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADMILSON PIRES, a/k/a "Mikey,", who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591(a)(1) & (b)(2) - Sex Trafficking of a Minor; and
18 U.S.C. § 1594(c) - Conspiracy to Commit Sex Trafficking of a Minor

Date: 12/09/2020

*Issuing officer's signature*

City and state: Worcester, ~~Boston,~~ Massachusetts

USMJ David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*